IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KATHERINE BEBE PRICE, et al., | : | Case No. 1:21-cv-158 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| SCOTT G. OXLEY, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 24)**

The Court has reviewed the Report and Recommendation of Magistrate Judge Karen L. Litkovitz (Doc. 24), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. After an independent review, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **GRANTS** Defendants' motions to dismiss/motions for judgment on the pleadings (Docs. 11, 12, and 16). The Complaint is **DISMISSED WITH PREJUDICE** and this action is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND